Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  14–15222–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric W. Cornelis | Laura J. Cornelis |
| 225 Adams Avenue | aka Laura Mizzer, aka Laura Deeley |
| Barrington, NJ 08007 | 225 Adams Avenue |
| | Barrington, NJ 08007 |

Social Security No.:
   xxx–xx–9686                                  xxx–xx–8206

Employer's Tax I.D. No.:

---

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 18, 2019</u>               <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court